UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE GEOFFREY A. ORLEY
REVOCABLE TRUST U/A/D
1/26/2000 *and* THE RANDALL C.
ORLEY REVOCABLE TRUST
U/A/D 3/16/1994,

                Plaintiffs,

– against –

NICHOLAS GENOVESE, WILLOW
CREEK ADVISORS, LLC, *and*
WILLOW CREEK INVESTMENTS,
LP,

                Defendants.

**ORDER**

18 Civ. 8460 (ER)

RAMOS, D.J.:

      In a letter dated January 4, 2019, the plaintiffs indicated that defendant Genovese was incarcerated and that he and and corporate defendants Willow Creek Advisors, LLC and Willow Creek Investments, LP "have defaulted in this action." Doc. 38. Indeed, the answer from each of these defendants was due in October 2018. Docs. 17, 18, 23.

      On June 9, 2020, the Court dismissed this case with prejudice as to all defendants except for Genovese and the Willow Creek entities. As there are no pending motions in this matter and the remaining defendants have yet to appear, the plaintiffs are directed to file a status report by August 8, 2020, discussing whether they plan to dismiss this action against the remaining defendants or file for default judgment. Failure to comply with this

2

Order may result in sanctions including dismissal for failure to prosecute. *See* Fed. R. Civ. P. 41.

It is SO ORDERED.

Dated:   July 24, 2020
        New York, New York

_____
EDGARDO RAMOS, U.S.D.J.